UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| PASADENA SELF-STORAGE, LTD., | § | CASE NO. 10-33790 |
| | § | |
| | § | |
| DEBTOR. | § | |

**ORDER DENYING DEBTOR'S EXPEDITED
MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF AFFAIRS**

(relates to docket no. 7 and _____)

Came on for consideration the Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Affairs, and after reading the Motion and the arguments put forth by City National Bank in its Objection to Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Affairs, this Court hereby denies the Expedited Motion.  It is therefore

ORDERED that the Debtor's Expedited Motion for Extension of Time is DENIED, and the Debtor is ordered to file schedules and statements as required by Bankruptcy Rule 1007 by 4:30 p.m. on May 21, 2010.

SIGNED this ___ day of _____, 2010.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY COURT

Order submitted by:

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002