IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| PASADENA SELF-STORAGE, LTD. | § | CASE NO. 10-33790 |
| Debtor | § | (Chapter 11) |

**OBJECTION TO DEBTOR'S EMERGENCY
MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, City National Bank, successor to Imperial Capital Bank, and files this it's Objection to Debtor's Emergency Motion for Authority to Use Cash Collateral ("Emergency Motion") and would show as follows:

1. The Debtor has not filed Schedules, Statement of Financial Affairs, nor attached a budget to the Emergency Motion. There is no indication what the monthly rental income is of the Debtor, nor of what the monthly expenditures are for the Debtor. It is not known whether the facility is insured and if so, in what amounts. It is not known how many employees the Debtor has. It is not known what suppliers and venders the Debtor may need to pay in the near term. In short, the Debtor's Emergency Motion is totally devoid of any information to enable anybody to make a decision regarding the Debtor's request. Until the Debtor has provided the information to allow for the decision to be made, City National Bank is not in a position to consent to the use of cash collateral, and does hereby object to the Debtor's use of cash collateral due to the total lack of information.

2. Furthermore, it would appear that this case is a single asset real estate case that was filed for the sole purpose of preventing a non judicial foreclosure sale from occurring on May 4, 2010. *See*, ¶7 of the Emergency Motion.

3. City National Bank admits the allegations of paragraphs 1-6 of the Emergency Motion.

4. City National Bank lacks sufficient knowledge to enable it to admit or deny whether the Debtor was able to maintain payments on the Promissory Note, but would admit that the Note is in default and that the property was posted for foreclosure. Except as admitted the remaining allegations of paragraph 7 of the Emergency Motion are denied.

5. City National Bank would admit that Imperial Capital Bank was the Debtor's principal pre-petition lender and that City National Bank holds a valid recorded Deed of Trust on the Property and security interest in the rents. The remaining allegations of paragraph 8 of the Emergency Motion are denied.

6. City National Bank is unable to admit or deny the allegations of paragraph 9 of the Emergency Motion because there is no information attached to the Emergency Motion to indicate that there are any day to day business operation expenditures necessary.

7. City National Bank admits that the Debtor has requested that City National Bank consent to the use of cash collateral, except as specifically admitted, the remaining allegations of paragraph 10 are denied.

8. City National Bank admits the first, but denies the second sentence of paragraph 11 of the Emergency Motion.

9. City National Bank lacks sufficient knowledge to enable it to admit or deny the allegations of paragraph 12 and 13 of the Emergency Motion and for pleading purposes the allegations of those paragraphs are denied.

10. Paragraphs 14-17 of the Emergency Motion are requests for relief which do not require a response; however, for pleading purposes the allegations of paragraph 14-17 are denied.

11. Until the Court and City National Bank are provided with the Schedules, Statement of Financial Affairs, proof of insurance and a budget, City National Bank would request that the Court deny the Debtor the use of cash collateral.

12. Based on review of the Emergency Motion, it would appear that the Emergency Motion has not been served on any creditor or party in interest as the certificate of service indicates it was served on parties on the attached service list; however, there is no service list attached and therefore it is unknown if the Debtor's Emergency Motion was served on any party at all.

WHEREFORE, PREMISES CONSIDERED, City National Bank, successor to Imperial Capital Bank prays that this Court enter an order denying the Debtor the use of cash collateral and to grant City National Bank such other and further relief at law or in equity to which it may be entitled.

Respectfully submitted,

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
    Michael J. Durrschmidt
    Admissions I.D. No. 4720
    State Bar No. 06287650
    25th Floor, Bank of America Center
    700 Louisiana
    Houston, Texas  77002-2728
    TEL:  (713) 220-9165
    FAX:  (713) 223-9319

    ATTORNEYS FOR CITY NATIONAL BANK

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing Objection to Debtor's Emergency Motion for Authority to Use Cash Collateral was served by first class mail, postage prepaid, facsimile and/or electronic mail by the Clerk of the Court via the ECM/ECF system, as listed below on May 19, 2010.

| | | |
|---|---|---|
| Pasadena Self-Storage, Ltd.<br>3030 Old Ranch Parkway, Suite 190<br>Seal Beach, CA 90740 | Patrick D Devine<br>5120 Woodway Dr., Suite 8002<br>Houston, Texas 77056 | Christine A March<br>Office of the United States Trustee<br>515 Rusk St., Suite 3516<br>Houston, Texas 77002 |
| Jason Starks<br>Assistant Attorney General<br>c/o Sherri K. Simpson<br>PO Box 12548<br>Austin, Texas 78711 | Tara Grundemeier<br>Lienbarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, Texas 77253 | Imperial Capital Bank<br>500 N Brand Blvd., Suite 1500<br>Glendale, CA 91203 |
| Leo Vasquez<br>Harris Co. Tax Assessor<br>PO Box 4622<br>Houston, Texas 77210 | East Bay Construction<br>2124 Main Street, Suite 145<br>Huntington Beach, CA 92648 | Texas State Comptroller<br>PO Box 149348<br>Austin, Texas 78714 |
| Goodrich Goodyear & Hinds<br>6700 E Pacific Coast Hwy, Suite 255<br>Long Beach, CA 90803 | AFS/EBEX Financial Services<br>PO Box 10045<br>Pasadena, CA 91189 | Best Publications<br>100 Perkins Street, Suite C<br>League City, TX 77573 |
| W.B. Lockhart & Co<br>PO Box 35375<br>Houston, Texas 77235 | Yellow Book USA – West<br>PO Box 660052<br>Dallas, Texas 75266 | EMR Services<br>2931 Thorne Creek<br>Houston, Texas 77073 |
| Reliant Energy<br>PO Box 650475<br>Dallas, Texas 75265 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | Golf Carts of Houston Mgmt<br>d/b/a South Houston Golf Carts<br>3123 Westside Drive<br>Pasadena, TX 77504 |
| AT&T Advertising Solutions<br>PO Box 5010<br>Carol Stream, IL 60197 | C&C Contractors<br>5128 Eula Avenue<br>Pasadena, Texas 77505 | G5 Search Marketing, Inc.<br>550 NW Franklin Avenue, Suite 200<br>Bend, OR 97701 |
| Phonesmart<br>Box U<br>Columbia, MO 65205 | On the Move, Inc.<br>PO Box 1137<br>Boerne, Texas 78006 | Salinas Installations<br>12303 Gulf Freeway, Apt. 1604<br>Houston, Texas 1604 |
| Purchase Power<br>PO Box 856042<br>Louisville, KY 40285 | | |

/s/ Michael J. Durrschmidt<br>Michael J. Durrschmidt