IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| PASADENA SELF-STORAGE, LTD. | § | CASE NO. 10-33790 |
| Debtor | § | (Chapter 11) |

**ORDER DENYING EMERGENCY MOTION**
**FOR AUTHORITY TO USE CASH COLLATERAL**

CAME ON to be heard City National Bank's Objection to Debtor's Emergency Motion for Authority to Use Cash Collateral and the Court having considered the pleadings and heard the argument of counsel finds that the Debtor may not use the cash collateral of City National Bank and must segregate and account for all cash collateral received and disbursed since May 4, 2010.  It is therefore,

ORDERED, that the Debtor account to City National Bank in this Court, within ten (10) days of entry of this Order, for all income received and all expenditures made by the Debtors, and provide access to City National Bank to all books and records of the Debtor, including, but not limited to, accounts, contracts, bank accounts, checks, check books, receipts, and other documents which would show receipts or expenses and all insurance reports or claims which serve as its collateral.  It is further

ORDERED that the Debtor is prohibited from using City National Bank's cash collateral without further order of this Court or the consent of City National Bank.

SIGNED this ___ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

1

**APPROVED:**

By:   /s/ Michael J. Durrschmidt
      Michael J. Durrschmidt
      Admissions I.D. No. 4720
      State Bar No. 06287650
      25th Floor, Bank of America Center
      700 Louisiana
      Houston, Texas 77002-2728
      TEL: (713) 220-9165
      FAX: (713) 223-9319

ATTORNEYS FOR CITY NATIONAL BANK