IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| PASADENA SELF-STORAGE, LTD. | § | CASE NO. 10-33790 |
| Debtor | § | (Chapter 11) |

**MOTION TO RECONSIDER DEBTOR'S EXPEDITED MOTION
FOR EXTENSION OF TIME TO FILE SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENT OF AFFAIRS**
(relates to docket no. 7)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, City National Bank, successor to Imperial Capital Bank, and files this it's Motion to Reconsider Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs ("Motion") and would show as follows:

1. Debtor filed for relief on May 4, 2010 and thereafter sought an extension of time to file schedules and statement of financial affairs.

2. On May 18, 2010, City National Bank filed its Objection to the Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 10].

3. Immediately thereafter, the Court granted the Debtor's Expedited Motion; however it would appear that the Court was unable to consider City National Bank's opposition given the timing with which the Bank's opposition and the Court's Order were docketed.

1. On May 18, 2010, the Debtor filed an Emergency Motion Under Bankruptcy Code Section 363 and Bankruptcy Rules 2002 and 4001 for Authority to Use Cash Collateral [Docket No. 8]. The Bank and the U.S. Trustee objected because of the lack of information: namely no schedules, no statement of financial affairs, no budget, the existence of an affiliate filing (*In re Cypresswood Self-Storage, Ltd.* pending before Judge Isgur – Case No. 10-32976),

1

the existence of a $500,000.00 obligation from Cypresswood Self-Storage, Ltd. to this Debtor and Debtor's counsel's inherent conflict of interest.

2. The Court only authorized the use of cash collateral to pay payroll and insurance.

3. City National Bank requests that the Court reconsider the granting of the extension to file schedules. City National Bank would also assert that, upon information and belief, the rent being paid via credit cards is not being deposited into a debtor-in-possession account, but is being collected by an affiliate of the Debtor in California.

4. For the protection of the creditors and for the integrity of the bankruptcy process, this single asset Debtor should be required to immediately file schedules, statement of financial affairs and a cash collateral budget. The funds generated by this Debtor must be held only in a debtor-in-possession account.

WHEREFORE, PREMISES CONSIDERED, City National Bank, successor to Imperial Capital Bank prays that this Court reconsider its Order [Docket No. 11] and compel the Debtor to file the required documents and grant City National Bank such other and further relief at law or in equity to which it may be entitled.

                                            Respectfully submitted,

| OF COUNSEL: | By: /s/ Michael J. Durrschmidt |
|---|---|
|  | Michael J. Durrschmidt |
|  | Admissions I.D. No. 4720 |
| HIRSCH & WESTHEIMER, P.C. | State Bar No. 06287650 |
|  | 25th Floor, Bank of America Center |
|  | 700 Louisiana |
|  | Houston, Texas  77002-2728 |
|  | TEL:  (713) 220-9165 |
|  | FAX:  (713) 223-9319 |
|  | |
|  | ATTORNEYS FOR CITY NATIONAL BANK |

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing City National Bank's, successor to Imperial Capital Bank, Motion to Reconsider Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs was served by first class mail, postage prepaid, facsimile and/or electronic mail by the Clerk of the Court via the ECM/ECF system, as listed below on May 24, 2010.

| | | |
|---|---|---|
| Pasadena Self-Storage, Ltd.<br>3030 Old Ranch Parkway, Suite 190<br>Seal Beach, CA 90740 | Patrick D Devine<br>5120 Woodway Dr., Suite 8002<br>Houston, Texas 77056 | Christine A March<br>Office of the United States Trustee<br>515 Rusk St., Suite 3516<br>Houston, Texas 77002 |
| Jason Starks<br>Assistant Attorney General<br>c/o Sherri K. Simpson<br>PO Box 12548<br>Austin, Texas 78711 | Tara Grundemeier<br>Lienbarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, Texas 77253 | Imperial Capital Bank<br>500 N Brand Blvd., Suite 1500<br>Glendale, CA 91203 |
| Leo Vasquez<br>Harris Co. Tax Assessor<br>PO Box 4622<br>Houston, Texas 77210 | East Bay Construction<br>2124 Main Street, Suite 145<br>Huntington Beach, CA 92648 | Texas State Comptroller<br>PO Box 149348<br>Austin, Texas 78714 |
| Goodrich Goodyear & Hinds<br>6700 E Pacific Coast Hwy, Suite 255<br>Long Beach, CA 90803 | AFS/EBEX Financial Services<br>PO Box 10045<br>Pasadena, CA 91189 | Best Publications<br>100 Perkins Street, Suite C<br>League City, TX 77573 |
| W.B. Lockhart & Co<br>PO Box 35375<br>Houston, Texas 77235 | Yellow Book USA – West<br>PO Box 660052<br>Dallas, Texas 75266 | EMR Services<br>2931 Thorne Creek<br>Houston, Texas 77073 |
| Reliant Energy<br>PO Box 650475<br>Dallas, Texas 75265 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | Golf Carts of Houston Mgmt<br>d/b/a South Houston Golf Carts<br>3123 Westside Drive<br>Pasadena, TX 77504 |
| AT&T Advertising Solutions<br>PO Box 5010<br>Carol Stream, IL 60197 | C&C Contractors<br>5128 Eula Avenue<br>Pasadena, Texas 77505 | G5 Search Marketing, Inc.<br>550 NW Franklin Avenue, Suite 200<br>Bend, OR 97701 |
| Phonesmart<br>Box U<br>Columbia, MO 65205 | On the Move, Inc.<br>PO Box 1137<br>Boerne, Texas 78006 | Salinas Installations<br>12303 Gulf Freeway, Apt. 1604<br>Houston, Texas 77034 |
| Purchase Power<br>PO Box 856042<br>Louisville, KY 40285 | | |

                 /s/ Michael J. Durrschmidt
                 Michael J. Durrschmidt