

ENTERED
05/25/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| PASADENA SELF-STORAGE, LTD. | § | CASE NO. 10-33790 |
| Debtor | § | (Chapter 11) |

**ORDER GRANTING MOTION TO RECONSIDER DEBTOR'S EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF AFFAIRS**

CAME ON to be heard City National Bank's Motion to Reconsider Debtor's Expedited Motion for Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs and the Court having considered the pleadings and heard the argument of counsel finds that City National Bank's Motion to Reconsider should be GRANTED. It is therefore,

ORDERED that the Debtor's Expedited Motion for Extension of Time is DENIED, and the Debtor is ordered to file schedules and statements as required by Bankruptcy Rule 1007 by 4:30 p.m. on May ___, 2010.

SIGNED this 25 day of _____May_____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**APPROVED:**

By:   /s/ Michael J. Durrschmidt
      Michael J. Durrschmidt
      Admissions I.D. No. 4720
      State Bar No. 06287650
      25th Floor, Bank of America Center
      700 Louisiana
      Houston, Texas  77002-2728
      TEL: (713) 220-9165
      FAX: (713) 223-9319

ATTORNEYS FOR CITY NATIONAL BANK