UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| PASADENA SELF-STORAGE, LTD., | § | CASE NO. 10-33790 |
| | § | |
| DEBTOR. | § | |

**CITY NATIONAL BANK'S OBJECTION TO APPLICATION
TO EMPLOY COUNSEL FOR PASADENA SELF-STORAGE, LTD**.
(relates to docket no. 26)

COMES NOW, City National Bank ("CNB") and files its Objection to Application to Employ Counsel for Pasadena Self-Storage, Ltd. (the "Objection") and would state as follows:

1.  On May 4, 2010, (the "Petition Date") Pasadena Self-Storage, Ltd. ("Pasadena") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.  Prior to the Petition Date, Cypresswood Self-Storage, Ltd. ("Cypresswood") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on April 6, 2010.  The Cypresswood bankruptcy case was filed in the Southern District of Texas and the case number is 10-32976.  The Cypresswood case was filed by Patrick Devine ("Devine").

3.  Cypresswood and Pasadena have common ownership and both are operated by the same company, Silver Oaks Management, LLC. The General Partner of Cypresswood and Pasadena, is NL PSS, LLC which owns a one percent (1%) partnership interest in Cypresswood and an 0.1 % partnership interest in Pasadena.  The limited partners of both Cypresswood and Pasadena are the same.

4.  On April 30, 2010, Cypresswood filed an Application to Employ Counsel (docket no. 11) and on May 17, 2010, the Debtor filed its Affidavit to the Application to Employ Counsel (docket no. 24).  The counsel which Cypresswood wished to employ was Devine.

5.       During a May 28, 2010, hearing in the Cypresswood case, Devine stated that he would be withdrawing his Application to Employ in the Cypresswood case and filing an application for employment in the Pasadena bankruptcy case (see courtroom minutes for May 28, 2010).  An Order Mooting the Application to Employ was entered by the Court on June 3, 2010 (docket no. 30).  This puts the status of Cypresswood's bankruptcy case in jeopardy because, being an artificial entity, it cannot represent itself.  Pasadena is the largest unsecured creditor of Cypresswood.

6.       On June 4, 2010, Pasadena filed an Application to Employ Counsel for Pasadena Self-Storage, Ltd. (docket no. 26).  The counsel which Pasadena wishes to employ is Devine.

7.       While Devine had previously withdrawn his Application to Employ in Cypresswood and disclosed the relationship between Cypresswood and Pasadena in the Application to Employ filed in Pasadena, there is still a conflict. Cypresswood and Pasadena are adverse to each other.  Devine originally filed the bankruptcy case for Cypresswood.  Pasadena is a large creditor of Cypresswood and is scheduled as being owed $511,253.08.  Cypresswood and Pasadena are affiliated companies and owe intercompany debts between them.

8.       Pursuant to the Application to Employ filed in the Cypresswood case, Devine received a $6,039.00 retainer from Silver Oaks Investments, LLC, but the Statement of Financial Affairs (docket no. 22) reflects that the retainer came from Cypresswood Self-Storage, Ltd.  As to the Pasadena case, the Application to Employ states that the $6,039.00 retainer used to pay Devine came from Silver Oaks Investments, LLC, but the Statement of Financial Affairs (docket no. 24) reflects that the retainer came from Pasadena Self-Storage, Ltd.  Devine has performed legal services for both Cypresswood and Pasadena and has received monies from the parent company of both Cypresswood and Pasadena.

9. It appears that individual insiders, who upon information and belief are also insiders of Cypresswood, Silver Oaks, and NL PSS, LLC, each received a distribution from the Debtor of $158,658.50 within four (4) months of the filing of this case.

Wherefore, Premises considered, City National Bank respectfully requests that the Application to Employ Counsel for Pasadena Self-Storage, Ltd. be denied and for all other relief as is just.

Respectfully submitted this 7th day of June, 2010.

        HIRSCH & WESTHEIMER, P.C.

        By:  /s/  Michael J. Durrschmidt
            Michael J. Durrschmidt
            Texas Bar No. 06287650
            700 Louisiana, Floor 25
            Houston, Texas 77002
            Telephone: 713-220-9165
            Facsimile:  713-223-9319
            E-mail: mdurrschmidt@hirschwest.com

Attorneys for City National Bank

**Certificate of Service**

I hereby certify that on the 7th day of June, 2010, a copy of the foregoing City National Bank's Objection to the Application to Employ Counsel for Pasadena Self-Storage, Ltd. was served via first class mail, postage prepaid and/or via the Clerk of the Court through the ECF system to the parties on the attached service list.

        /s/  Michael J. Durrschmidt
        Michael J. Durrschmidt

20100218.20100398/778754.1

Service List

Pasadena Self-Storage, Ltd.
3030 Old Ranch Parkway, Suite 190
Seal Beach, CA 90740

Patrick D Devine
5120 Woodway Dr., Suite 8002
Houston, Texas 77056

Christine A March
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002

Jason Starks
Assistant Attorney General
c/o Sherri K. Simpson
PO Box 12548
Austin, Texas 78711

Tara Grundemeier
Lienbarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, Texas 77253

Imperial Capital Bank
500 N Brand Blvd., Suite 1500
Glendale, CA 91203

Leo Vasquez
Harris Co. Tax Assessor
PO Box 4622
Houston, Texas 77210

East Bay Construction
2124 Main Street, Suite 145
Huntington Beach, CA 92648

Texas State Comptroller
PO Box 149348
Austin, Texas 78714

Goodrich Goodyear & Hinds
6700 E Pacific Coast Hwy, Suite 255
Long Beach, CA 90803

4

AFS/EBEX Financial Services
PO Box 10045
Pasadena, CA 91189

Best Publications
100 Perkins Street, Suite C
League City, TX 77573

W.B. Lockhart & Co
PO Box 35375
Houston, Texas 77235

Yellow Book USA – West
PO Box 660052
Dallas, Texas 75266

EMR Services
2931 Thorne Creek
Houston, Texas 77073

Reliant Energy
PO Box 650475
Dallas, Texas 75265

AT&T
PO Box 5001
Carol Stream, IL 60197

Golf Carts of Houston Mgmt
d/b/a South Houston Golf Carts
3123 Westside Drive
Pasadena, TX 77504

AT&T Advertising Solutions
PO Box 5010
Carol Stream, IL 60197

C&C Contractors
5128 Eula Avenue
Pasadena, Texas 77505

G5 Search Marketing, Inc.
550 NW Franklin Avenue, Suite 200
Bend, OR 97701

5

Phonesmart
Box U
Columbia, MO 65205

On the Move, Inc.
PO Box 1137
Boerne, Texas 78006

Salinas Installations
12303 Gulf Freeway, Apt. 1604
Houston, Texas 1604

Purchase Power
PO Box 856042
Louisville, KY 40285

20100218.20100398/778754.1