IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PASADENA SELF-STORAGE, LTD., | § § | CASE NO. 10-33790 |
| DEBTOR. | § § | (Chapter 11) |
| CITY NATIONAL BANK, Successor in Imperial Capital Bank, | § § § | |
| MOVANT, | § § | |
| VS. | § § | CONTESTED MATTER |
| PASADENA SELF-STORAGE, LTD., | § § § | |
| RESPONDENT. | § | |

**ORDER GRANTING CITY NATIONAL BANK'S MOTION TO LIFT THE AUTOMATIC STAY AGAINST PASADENA SELF-STORAGE, LTD**.
(relates to docket no. _____)

Came on for consideration, City National Bank's Motion to Lift the Stay Against Pasadena Self-Storage, Ltd., against the Debtor's real property being 6321 Spencer Highway, Pasadena, Texas, being a 5.1757 acre tract of land out of part of Lots 31 and 32 of Iowa Gardens Addition as recorded in Vol. 3, page 4 of the map records of Harris County, Texas (the "Real Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of hearing. The Court, having considered the Motion and any arguments, if made, hereby grants the Motion. It is therefore

ORDERED that City National Bank is granted leave from the automatic stay and may pursue its state court remedies including the posting and foreclosure of the Real Property.

2

SIGNED this _____ day of _____, 2010.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

Order submitted by:

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002