IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| PASADENA SELF-STORAGE, LTD. | § | CASE NO. 10-33790 |
| Debtor | § | (Chapter 11) |

**ORDER GRANTING MOTION FOR SANCTIONS
AGAINST THE DEBTOR FOR DISCOVERY ABUSES**

On consideration of City National Bank's, successor to Imperial Capital Bank ("**CNB**") Motion for Sanctions against the Debtor Pasadena Self-Storage, Ltd. ("**Debtor**") for Discovery Abuses, any response thereto, and argument of counsel, the Court GRANTS the Motion in all respects. It is therefore,

ORDERED that the responses of the Debtor contained in Docket No. 32 to CNB's allegations in paragraph 3, 6, 10, 12 and 14 of the Motion to Lift the Automatic Stay [Docket No. 29] are stricken and those allegations are deemed admitted; it is further

ORDERED that Debtor shall produce any and all responsive documents and materials to the Requests for Production of Documents within 10 days of the date of this Order.

SIGNED this ___ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

2

**APPROVED:**

By: /s/ Michael J. Durrschmidt
Michael J. Durrschmidt
Admissions I.D. No. 4720
State Bar No. 06287650
25th Floor, Bank of America Center
700 Louisiana
Houston, Texas 77002-2728
TEL: (713) 220-9165
FAX: (713) 223-9319

ATTORNEYS FOR CITY NATIONAL BANK